# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ASHLEY B.,

*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY,

*Defendant*

)
)
)
)
)
)

Civil Action No. 2:18-CV-34-RMP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 07, 2018

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Court adopted the Report and Recommendation (ECF No. 17) in it's entirety. Plaintiff's Motion for Summary Judgment (ECF No. 14) is GRANTED. Defendant's Motion for Summary Judgment (ECF No. 15) is DENIED. Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a Report and Recommendaton (ECF No. 17) to grant Plaintiff's Motion for Summary Judgment (ECF No. 14) and to deny Defendant's Motion for Summary Judgment (ECF No. 15).

Date: December 7, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb